On petitioner's petition for reconsideration filed September 10, reconsideration allowed; original opinion (155 Or App 595, 964 P2d 298) adhered to December 16, 1998

In the Matter of the Compensation of
Jim R. Reed, Claimant.

Jim R. REED,
*Petitioner,*

*v.*

LABOR FORCE OF OREGON
and Liberty Northwest Insurance Corporation,
*Respondents.*

(96-06663; CA A98353)

970 P2d 684

James S. Coon and Swanson, Thomas & Coon for the petition.

Before Edmonds, Presiding Judge, and Armstrong, Judge, and Warden, Senior Judge.

ARMSTRONG, J.

**ARMSTRONG, J.**

Claimant seeks reconsideration of our decision in *Reed v. Labor Force of Oregon*, 155 Or App 595, 964 P2d 298 (1998), in which we held that claimant was not entitled to temporary disability payments for the period between November 1, 1995, and March 12, 1996. Claimant contends that the proper disposition of the case would have been to "remand [it] so that the insurer can undertake to fulfill its legal obligation to verify and document temporary disability authorization."

Before the Board, claimant argued only that insurer should be required to pay temporary time-loss benefits as a penalty for failing to follow the applicable administrative rules. It was not until the matter was before us that claimant raised the possibility of remand for the purpose of requiring the insurer to verify claimant's disability. Because claimant did not seek from the Board the relief that he now seeks from us, we will not grant the requested relief.

Reconsideration allowed; original opinion adhered to.